432

**DELTA ENGINEERING CORPORATION**
**and the Travelers Insurance Com-**
**pany, Appellants,**

v.

**Joseph Ruby SCOTT et al., Appellees.**

**COLUMBIAN ROPE COMPANY,**
**Appellant,**

v.

**Joseph Ruby SCOTT, Appellee.**

**INDEMNITY INSURANCE COMPANY**
**OF NORTH AMERICA, Appellant,**

v.

**Joseph Ruby SCOTT, Appellee.**

**Joseph Ruby SCOTT, Appellant,**

v.

**DELTA ENGINEERING CORPORATION**
**et al., Appellees.**

**No. 19861.**

United States Court of Appeals
Fifth Circuit.

Jan. 2, 1964.

For original opinion see 5 Cir., 322
F.2d 11.

Robert B. Acomb, Jr., George Denegre,
A. R. Christovich, Charles Kohlmeyer,
Jr., Thomas W. Thorne, Jr., New Or-
leans, La., for appellants.

Donald V. Organ, Christopher Tomp-
kins, New Orleans, La., for appellees.

Before CAMERON and BROWN, Cir-
cuit Judges, and WHITEHURST, Dis-
trict Judge.

PER CURIAM.

The several petitions for rehearing are
denied. So far as the contention by
Delta Engineering Corporation (The
Travelers Insurance Company) that pay-
ment to the plaintiff Scott of the judg-
ment due by them to him and now af-
firmed by our opinion will render in-
effectual their possible right to recover
contribution or the like from Columbian
Rope Company, the District Court on
remand for the limited retrial shall be
free to stay execution on that judgment

on such terms and suitable security as
required in its discretion to assure ulti-
mate payment of the full amount of the
judgment by Delta-Travelers to Scott
with interest and costs. If, to preserve
possible rights by Delta-Travelers
against Columbian the plaintiff Scott is
to be delayed in enjoying the fruits of
the judgment heretofore affirmed in his
favor, he is entitled to full security and
protection.

Denied.